UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDRA JACKSON,

   Plaintiff,

-vs-                                                      CASE NO.: 6:18-CV-01140-PGB-DCI

MERRICK BANK CORPORATION,

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, ANDRA JACKSON, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, ANDRA JACKSON, and Defendants, MERRICK BANK CORPORATION, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                     Respectfully Submitted,

***/s/ John C. Distasio, Esquire***
JOHN C. DISTASIO, ESQUIRE
Florida Bar No.: 096328
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone:  (813) 223-5505
Facsimile:   (813) 223-5402
JDistasio@ForThePeople.com
LCrouch@ForThePeople.com
JSherwood@ ForThePeople.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16th, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Carter Burgess, Holland & Knight LLP, 50 North Laura Street, Suite 3900, Jacksonville, FL  32202 (carter.burgess@hklaw.com).

*/s/ John C. Distasio, Esquire*
JOHN C. DISTASIO, ESQUIRE
Florida Bar No.: 096328
MORGAN & MORGAN, TAMPA, P.A.
*Attorney for Plaintiff*