UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDRA JACKSON,

   Plaintiff,

-vs-                                             CASE NO.: 6:18-CV-01140-PGB-DCI

MERRICK BANK CORPORATION,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Andra Jackson, and the Defendant, Merrick Bank Corporation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 13th day of February, 2019.

| /s/ John C. Distasio, Esquire | /s/ Carter Burgess, Esquire |
|---|---|
| John Distasio, Esquire | Carter Burgess, Esquire |
| Morgan & Morgan, Tampa, P.A. | Holland & Knight LLP |
| One Tampa City Center | 50 North Laura Street, Suite 3900 |
| Tampa, FL 33602 | Jacksonville, FL 32202 |
| Tele: (813) 223-5505 | Tele: (904) 798-5458 |
| Fax: (813) 223-5402 | Fax: (904) 358-1872 |
| Florida Bar#: 96328 | carter.burgess@hklaw.com; |
| JDistasio@forthepeople.com | andrea.lehner@hklaw.com |
| JSherwoood@forthepeople.com | wanda.adair@hklaw.com |
| LCrouch@forthepeople.com | Florida Bar#: 58298 |
| Attorney for Plaintiff | Attorney for Defendant |