UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDRA JACKSON,

        Plaintiff,

v.                                            Case No: 6:18-cv-1140-Orl-40DCI

MERRICK BANK CORPORATION,

        Defendant.
_____/

**ORDER**

This cause is before the court following review of the Joint Stipulation of Dismissal with Prejudice, in which the parties stipulate to the dismissal of the above-captioned action in its entirety. (Doc. 26). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1278, 1279 (11th Cir. 2012). Accordingly, the Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 14, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties